1  MALCOLM A. HEINICKE (SBN 194174)
   AILSA W. CHANG (SBN 217917)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
5  E-Mail:       Malcolm.Heinicke@mto.com

6  Attorneys for Defendant
   CITIGROUP GLOBAL MARKETS, INC., D/B/A SMITH
7  BARNEY

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13  RENEE FASSBENDER AMOCHAEV, et al.,   |   CASE NO.  C 05-1298 PJH

14              Plaintiff,                |   **STIPULATION AND [~~PROPOSED~~]
                                              ORDER TO CONTINUE CASE
                                              MANAGEMENT CONFERENCE**
15       vs.
                                              Proposed Date: September 15, 2005
16  CITIGROUP GLOBAL MARKETS, INC.,
    d/b/a SMITH BARNEY,                       Current Date:   August 18, 2005
17                                             Time:           2:30 p.m.
                Defendant.                     Room:           Courtroom 3, 17th Floor
18                                             **The Honorable Phyllis Jean Hamilton**

19

20

21

22

23

24

25

26

27

28

1103466.1                                     STIPULATION TO CONTINUE CASE
                                              MANAGEMENT CONF. C 05-1298 PJH

1         WHEREAS, the above-captioned action was filed on March 31, 2005;

2         WHEREAS, the Court has scheduled a Case Management Conference for August

3 18, 2005 at 2:30 p.m.;

4         WHEREAS, due to scheduling issues confronting the lawyers in this matter, the

5 parties wish to continue this Case Management Conference until September 15, 2005 at

6 2:30 p.m.;

7         WHEREAS, this Case Management Conference has not been continued in the

8 past; and

9         WHEREAS, the parties through their counsel of record stipulate to an order as

10 follows:

11 ///

12 ///

13 ///

The Case Management Conference currently scheduled for August 18, 2005 shall be continued to September 15, 2005 at 2:30 p.m. All deadlines concerning the Case Management Conference, including the deadlines for filing the Case Management Statement, shall remain in place as originally ordered.

DATED: June 8, 2005

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kelly M. Dermody
KELLY M. DERMODY

Attorneys for Plaintiffs
RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER AND JUDY WEIL

DATED: June 9, 2005

MUNGER, TOLLES & OLSON LLP

By: /s/ Malcolm A. Heinicke
MALCOLM A. HEINICKE

Attorneys for Defendant
CITIGROUP GLOBAL MARKETS, INC., D/B/A SMITH BARNEY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/13/05

HONORABLE PHYLLIS JEAN HAMILTON
UNITED STATES DISTRICT JUDGE