UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and JUDY WEIL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C- 05-1298 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE AND DEADLINE FOR COMPLETING ADR PROCESS** |

WHEREAS, by Order dated September 14, 2005, the Court entered a case management Order setting a class certification briefing schedule, as well as requiring the parties to complete an ADR process by no later than March 31, 2006;

WHEREAS, the parties have retained the services of experienced mediator Hunter R. Hughes and have engaged in two mediation sessions, with an additional session set for May 23, 2006;

WHEREAS, the parties are engaged in mediation at the same time that they are preparing for class certification;

523561.1

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE AND DEADLINE FOR ADR PROCESS

1   WHEREAS, a modification to the schedule to move back the class certification
2   briefing and hearing dates, and the date for completion of ADR, will facilitate mediation
3   discussions;
4   WHEREAS, due to defense counsel's summer trial calendar, the parties request
5   that the schedule be modified by approximately 120 days; and
6   WHEREAS, the proposed modification of the class certification and ADR
7   schedule will not unduly delay processing the action,
8   The parties, by and through their counsel of record, stipulate and agree as follows:
9   The parties propose the following schedule for ADR and class certification:

| | |
|---|---|
| Parties to Complete ADR Process | July 31, 2006 |
| Plaintiffs' Motion for Class Certification: | September 29, 2006 |
| Defendants' Opposition: | November 8, 2006 |
| Plaintiffs' Reply: | December 8, 2006 |
| Class Certification Hearing: | ~~January 11, 2007~~ January 10, 2007 |

14   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16   Respectfully submitted,

17  James M. Finberg (State Bar No. 114850)          Elizabeth A. Alexander
    Kelly M. Dermody (State Bar No. 171716)          LIEFF, CABRASER, HEIMANN &
18  Bill Lann Lee (State Bar No. 108452)             BERNSTEIN, LLP
    LIEFF, CABRASER, HEIMANN &                       3319 West End Avenue, Suite #600
19  BERNSTEIN, LLP                                   Nashville, TN  37203-1074
    Embarcadero Center West                          Telephone:  (615) 313-9000
20  275 Battery Street, 30th Floor                   Facsimile:  (615) 313-9965
    San Francisco, CA  94111-3339
21  Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008

523561.1                                - 2 -                STIPULATION AND [PROPOSED] ORDER RE
                                                             MODIFICATION OF CLASS CERTIFICATION SCHEDULE
                                                             AND DEADLINE FOR ADR PROCESS

| | |
|---|---|
| Cyrus Mehri<br>Lisa M. Bornstein<br>Sandi Farrell<br>Anna M. Pohl<br>MEHRI & SKALET, PLLC<br>1300 19th Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 822-5100<br>Facsimile: (202) 822-4997 | Adam T. Klein<br>Piper Hoffman<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005<br><br>Dated:  March 17, 2006<br><br>By: ___/s/ *Kelly M. Dermody*___<br>    Kelly M. Dermody |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Jay Cohen<br>Daniel Toal<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019- 6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757- 3990 | Malcolm A. Heinicke (State Bar No. 194174)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, California 94105<br>Telephone: 415 512-4000<br>Facsimile: 415 512-4077<br><br>Dated:  March 17, 2006<br><br>By: ___/s/ Daniel Toal_____<br>    Daniel Toal |

*Attorneys for Defendant*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: 3/20/06

3  _____
   Hon. Phyllis J. Hamilton
   United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

523561.1                                - 4 -

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CLASS CERTIFICATION SCHEDULE AND DEADLINE FOR ADR PROCESS