1  James M. Finberg (State Bar No. 114850)
   Kelly M. Dermody (State Bar No. 171716)
2  Bill Lann Lee (State Bar No. 108452)
   Heather H. Wong (State Bar No. 238546)
3  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008

*Attorneys for the Plaintiffs*
7   [Additional Plaintiffs' Counsel
      Listed on Signature Page]

Jay Cohen *(pro hac vice)*
9  Brad S. Karp *(pro hac vice)*
   Daniel J. Toal *(pro hac vice)*
10 Liza M. Velazquez *(pro hac vice)*
11 PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON, LLP
12 1285 Avenue of the Americas
   New York, NY  10019-6064
13 Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
14

*Attorneys for Defendant Citigroup Global*
15 *Markets, Inc., d/b/a Smith Barney*
16 [Additional Defense Counsel
      Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and JUDY WEIL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No.  C-05-1298 PJH<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE** |

**STIPULATION**

WHEREAS, by Order dated September 14, 2005, the Court entered a case management Order setting a class certification briefing schedule;

WHEREAS, by Order dated March 20, 2006, the Court entered a Stipulation And Order Re Modification Of Class Certification Schedule And Deadline For Completing ADR Process;

WHEREAS, by its March 20, 2006 Order, the Court modified the schedule by approximately 120 days to facilitate mediation discussions;

WHEREAS, the parties engaged in mediation discussions pursuant to the Court's ADR Process;

WHEREAS, the parties participated in three mediation sessions with the assistance of experienced mediator Hunter R. Hughes;

WHEREAS, the mediation discussions proved unsuccessful, despite the parties' good faith efforts;

WHEREAS, the parties have been conducting discovery diligently throughout this case, however, both (1) ongoing negotiations between the parties concerning document discovery issues in an effort to avoid motion practice and (2) deposition scheduling, including scheduling tied to the production of documents, have necessitated the continuation of class discovery through to the end of September; and

WHEREAS, the proposed modification of the class certification schedule will not unduly delay processing the action,

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following schedule for class certification:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | October 27, 2006 |
| Defendants' Opposition | December 8, 2006 |
| Plaintiffs' Reply | January 5, 2007 |
| Class Certification Hearing | February 14, ~~2006~~ 2007 |

557564.1 - 1 - JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE

1       SO STIPULATED.

2   Dated:  August 18, 2006           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Heather H. Wong*
            Heather H. Wong

James M. Finberg (State Bar No. 114850)
Kelly M. Dermody (State Bar No. 171716)
Bill Lann Lee (State Bar No. 108452)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(pro hac vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein *(pro hac vice)*
Piper Hoffman *(pro hac vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri *(pro hac vice)*
Lisa M. Bornstein *(pro hac vice)*
Sandi Farrell *(pro hac vice)*
Anna M. Pohl *(pro hac vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Attorneys for Plaintiffs and the Class*

| | | |
|---|---|---|
| 1 | Dated:  August 18, 2006 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP |

By: ___/s/ Liza M. Velazquez___
              Liza M. Velazquez

Jay Cohen *(pro hac vice)*
Brad S. Karp *(pro hac vice)*
Daniel J. Toal  *(pro hac vice)*
Liza M. Velazquez *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant*

557564.1      - 3 -      JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE

1 **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
4   Dated: 8/29/06                              _____
                                                 The Honorable Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)