| | |
|---|---|
| 1 | James M. Finberg (State Bar No. 114850) |
|  | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Bill Lann Lee (State Bar No. 108452) |
|  | Heather H. Wong (State Bar No. 238546) |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|  | 275 Battery Street, 30th Floor |
| 4 | San Francisco, CA 94111-3339 |
|  | Telephone: (415) 956-1000 |
| 5 | Facsimile: (415) 956-1008 |

*Attorneys for Plaintiffs* [Additional Plaintiffs; Counsel Listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant* [Additional Defense Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO and KATHRYN N. VARNER, on behalf of themselves and all others similarly situated, | No. C-05-1298 PJH (JCS) |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,, | |
| Defendant. | |

**STIPULATION**

WHEREAS, on September 1, 2006, Plaintiffs filed a Motion to Compel Production of Relevant *Martens* Documents (the "Motion to Compel");

WHEREAS, the Court, by Notice of Reference, Date, Time and Place of Hearing; Order to Meet and Confer, dated September 6, 2006, has set a hearing on Plaintiffs' Motion to Compel for October 6, 2006 at 9:30 a.m.;

WHEREAS, simultaneous with its Opposition to Plaintiffs' Motion to Compel, Defendant has cross-moved this Court for a Protective Order protecting from disclosure documents and information related to a prior lawsuit, *Martens v. Smith Barney, Inc.*, 96 Civ. 3779, and/or the dispute resolution process arising therefrom (the "Cross-Motion for Protective Order"); and

WHEREAS, with respect to the remaining briefing on the Motion to Compel and Cross-Motion for a Protective Order, the parties have agreed to abide by the following briefing schedule, subject to the Court's approval;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record:

1. Plaintiffs shall file their memorandum of law in further support of the Motion to Compel and in opposition to the Cross-Motion for a Protective Order on or before September 22, 2006.

2. Defendant shall serve their reply in further support of the Cross-Motion for a Protective Order on or before September 29, 2006.

3. The Court shall either maintain the October 6, 2006, 9:30 a.m. hearing or set a different date and time for the hearing on the Motion to Compel and the Cross-Motion for Protective Order, at its discretion.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: September 22, 2006 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By: _____/s/ Jay Cohen_____<br>Jay Cohen |
| 4 | | Jay Cohen (*pro hac vice*)<br>Brad S. Karp (*pro hac vice*) |
| 5 | | Daniel J. Toal (*pro hac vice*)<br>Liza M. Velazquez (*pro hac vice*) |
| 6 | | 1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| 7 | | Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 |
| 8 | | |
| 9 | | Malcolm A. Heinicke (State Bar No. 194174)<br>MUNGER, TOLLES & OLSON LLP |
| 10 | | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| 11 | | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 12 | | *Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney* |
| 13 | | |
| 14 | | |
| 15 | DATED: September 22, 2006 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 16 | | By: _____/s/ Elizabeth A. Alexander_____<br>Elizabeth A. Alexander |
| 17 | | |
| 18 | | Elizabeth A. Alexander (*pro hac vice*) |
| 19 | | 150 Fourth Avenue, N., Suite 1650<br>Nashville, TN 37219-2423 |
| 20 | | Telephone: (615) 313-9000<br>Facsimile: (615) 313-9965 |
| 21 | | James M. Finberg (State Bar No. 114850) |
| 22 | | Kelly M. Dermody (State Bar No. 171716)<br>Bill Lann Lee (State Bar No. 108452) |
| 23 | | Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 24 | | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 |
| 25 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Adam T. Klein (*pro hac vice*) |
| 2 | Justin M. Swartz (*pro hac vice*)<br>Piper Hoffman (*pro hac vice*) |
| 3 | OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor |
| 4 | New York, NY  10016<br>Telephone:  (212) 245-1000 |
| 5 | Facsimile:  (212) 977-4005 |
| 6 | Cyrus Mehri (*pro hac vice*)<br>Lisa M. Bornstein (*pro hac vice*) |
| 7 | Sandi Farrell (*pro hac vice*)<br>Anna M. Pohl (*pro hac vice*) |
| 8 | MEHRI & SKALET, PLLC<br>1250 Connecticut Ave, NW, Suite 300 |
| 9 | Washington, DC  20036<br>Telephone:  (202) 822-5100 |
| 10 | Facsimile:  (202) 822-4997 |
| 11 | *Attorneys for Plaintiffs* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: September 25, 2006

Honorable Joseph C. Spero

