UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE AMOCHAEV, ET AL, | Case No. 05-01298 PJH (JCS) |
| Plaintiff(s), | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL RESPONSES TO SMITH BARNEY'S FIRST SET OF INTERROGATORIES [Docket No. 88]** |
| v. | |
| CITIGROUP GLOBAL MARKETS INC., | |
| Defendant(s). | |

On September 25, 2006, Defendant's filed a Motion to Compel Responses to Smith Barney's First Set of Interrogatories (the "Motion").

On January 12, 2007, the Motion came on for hearing. Cyrus Mehri, Adam Klein and Kelly Dermody, counsel for Plaintiffs, appeared. Daniel Toal, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' are required to identify, by **February 2, 2007**, those members of the putative class who have knowledge of discrimination against financial advisors by Smith Barney. This information shall be disclosed only to outside counsel, who may not disclose this information to anyone absent further Order of the Court. No formal discovery shall be taken of the putative class members so identified absent agreement of the parties or by Court Order. For purposes of this Order persons with "knowledge of discrimination" includes only persons with knowledge of specific instances of discrimination, including discriminatory policies. For purposes of this Order, "knowledge of discrimination" does not include knowledge common to all members of the putative class by virtue of their positions as female financial analysts.

IT IS SO ORDERED.

Dated: January 16, 2007

JOSEPH C. SPERO
United States Magistrate Judge