Bill Lann Lee (SBN 108452)
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-Mail: blee@lewisfeinberg.com

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER, IVY SO and LISA STRANGE WEATHERBY on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C-05-1298 PJH<br><br>**WITHDRAWAL OF COUNSEL** and Order |

///

///

///

///

///

///

///

///

///

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that effective immediately, Bill Lann Lee formerly of Lieff, Cabraser, Heimann & Bernstein, LLP, having moved to another law firm, is withdrawing as counsel of record for Plaintiffs in this action.

Dated: February 27, 2007

Respectfully submitted,

By: */s/ Bill Lann Lee*

Bill Lann Lee
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 180
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: blee@lewisfeinberg.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

3/2/07

WITHDRAWAL OF COUNSEL
[CASE NO. C-05-1298 PJH]

Page 1