1  Kelly M. Dermody (State Bar No. 171716)
2  Heather H. Wong (State Bar No. 238546)
   LIEFF, CABRASER, HEIMANN &
3  BERNSTEIN, LLP
   275 Battery Street, 30th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008

6  *Attorneys for the Plaintiffs*
     [Additional Plaintiffs' Counsel
7    Listed on Signature Page]

8  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
9  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
10 PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
11 1285 Avenue of the Americas
   New York, New York 10019-6064
12 Telephone: 212-373-3000
   Facsimile: 212-757-3990

13
   *Attorneys for Defendant Citigroup Global Markets Inc.*
14   [Additional Defense Counsel
     Listed on Signature Page]
15

16                **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

17 RENEE FASSBENDER AMOCHAEV,              No. C-05-1298 PJH
   DEBORAH ORLANDO, KATHRYN N.
18 VARNER and IVY SO, on behalf of
   themselves and all others similarly situated,
19
                                            **JOINT STIPULATION AND [PROPOSED]**
                Plaintiffs,                 **ORDER MODIFYING CLASS**
20                                          **CERTIFICATION SCHEDULE**

21        v.

22 CITIGROUP GLOBAL MARKETS, INC.,
   d/b/a SMITH BARNEY,
23
                Defendant.
24

25

26

27

28

## STIPULATION

WHEREAS, Plaintiffs filed an Amended Complaint on November 29, 2006;

WHEREAS, by Order entered February 22, 2007 (Docket No. 130), the Court set an amended class certification briefing schedule in which the deadline for Plaintiffs' Motion for Class Certification was set for May 25, 2007;

WHEREAS, the production of electronic documents is still ongoing;

WHEREAS, given that the production of electronic documents remains ongoing and due to the conflicting schedules of witnesses and counsel for the parties, some depositions will not take place until June 2007;

WHEREAS, the parties therefore anticipate discovery for class certification continuing until the end of June 2007; and

WHEREAS, the parties and their respective counsel therefore agree that a modification of the class certification schedule is warranted and further agree that the proposed modification will not unduly delay processing the action,

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following revised schedule for class certification:

| Plaintiffs' Motion for Class Certification | July 25, 2007 |
| Defendant's Opposition to Class Certification | October 3, 2007 |
| Plaintiffs' Reply | November 21, 2007 |
| Class Certification Hearing | December 19, 2007 |

SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CLASS CERTIFICATION SCHEDULE

1 | Dated:   April 17, 2007

2 |  OUTTEN & GOLDEN LLP

3 |  By:   */s/ Adam T. Klein*
   |  Adam T. Klein *(pro hac vice)*
4 |  Piper Hoffman *(pro hac vice)*
   |  Justin M. Swartz *(pro hac vice)*

5 |
6 |  3 Park Avenue, 29th Floor
   |  New York, New York 10016
   |  Telephone:  (212) 245-1000
7 |  Facsimile:  (212) 977-4005

8 |  Elizabeth A. Alexander *(pro hac vice)*
   |  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
9 |  150 Fourth Avenue, N., Suite 1650
   |  Nashville, TN 37219-2423
10 |  Telephone: (615) 313-9000
   |  Facsimile:  (615) 313-9965

11 |
12 |  Kelly M. Dermody (State Bar No. 171716)
   |  Heather H. Wong (State Bar No. 238546)
   |  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
13 |  275 Battery Street, 30th Floor
   |  San Francisco, CA 94111-3339
14 |  Telephone: (415) 956-1000
   |  Facsimile:  (415) 956-1008

15 |
16 |  Cyrus Mehri *(pro hac vice)*
   |  Lisa M. Bornstein *(pro hac vice)*
   |  Sandi Farrell *(pro hac vice)*
17 |  Anna M. Pohl *(pro hac vice)*
   |  MEHRI & SKALET, PLLC
18 |  1250 Connecticut Ave., NW, Suite 300
   |  Washington, D.C. 20036
19 |  Telephone: (202) 822-5100
   |  Facsimile:  (202) 822-4997

20 |
21 |  *Attorneys for Plaintiffs and the Class*

22 |
23 |
24 |
25 |
26 |
27 |
28 |

JOINT STIPULATION AND [PROPOSED] ORDER
MODIFYING CLASS CERTIFICATION SCHEDULE

1 | Dated:    April 17, 2007

2 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3 | By:___/s/ Jay Cohen_____
   | Jay Cohen (*pro hac vice*)
4 | Brad S. Karp (*pro hac vice*)
   | Daniel J. Toal (*pro hac vice*)
5 | Liza M. Velazquez (*pro hac vice*)

6 | 1285 Avenue of the Americas
   | New York, New York 10019-6064
7 | Telephone: 212 373-3000
   | Facsimile: 212-757-3990

8 |
   | Malcolm A. Heinicke (State Bar No. 194174)
9 | MUNGER, TOLLES & OLSON LLP
   | 560 Mission Street, 27th Floor
10 | San Francisco, California 94105
   | Telephone: 415-512-4000
11 | Facsimile: 415-512-4077

12 | *Attorneys for Defendant*

- 4 -

1

2

**ORDER**

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

NO FURTHER CONTINUANCES WILL

5

BE PERMITTED.

6

Dated: _4/18/07_____

7

The H_____ Hamilton

8

IT IS SO ORDERED

9

10

Judge Phyllis J. Hamilton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -