Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for the Plaintiffs*
[Additional Plaintiffs' Counsel Listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: 212-373-3000
Facsimile: 212-757-3990

*Attorneys for Defendant Citigroup Global Markets Inc.*
[Additional Defense Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,

Defendant.

No. C-05-1298 PJH

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE**

**STIPULATION**

WHEREAS, Plaintiffs filed an Amended Complaint on November 29, 2006;

WHEREAS, by Order entered April 18, 2007 (Docket No. 135), the Court set an amended class certification briefing schedule in which the deadline for Plaintiffs' Motion for Class Certification was set for July 25, 2007;

WHEREAS, the parties recently resumed mediation and have made substantial progress in their attempts to resolve this matter;

WHEREAS, the parties and their respective counsel agree that a brief extension of the class certification briefing schedule is warranted so that the parties may determine whether there is a realistic possibility that this matter may be resolved and further agree that the proposed modification will not unduly delay processing the action,

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose the following revised schedule for class certification, which extends the deadline for plaintiffs' motion for class certification by five days and adds one day each to the respective time periods for filing Smith Barney's opposition brief and plaintiffs' reply brief:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | July 30, 2007 |
| Defendant's Opposition to Class Certification | October 9, 2007 |
| Plaintiffs' Reply | November 28, 2007 |
| Class Certification Hearing | December 19, 2007 |

SO STIPULATED.

Dated:    July 23, 2007

OUTTEN & GOLDEN LLP

By:___*/s/ Adam T. Klein*_____
        Adam T. Klein *(pro hac vice)*
        Piper Hoffman *(pro hac vice)*
        Justin M. Swartz *(pro hac vice)*

3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005

Elizabeth A. Alexander *(pro hac vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Cyrus Mehri *(pro hac vice)*
Lisa M. Bornstein *(pro hac vice)*
Sandi Farrell *(pro hac vice)*
Anna M. Pohl *(pro hac vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, D.C. 20036
Telephone:  (202) 822-5100
Facsimile:  (202) 822-4997

*Attorneys for Plaintiffs and the Class*

1  Dated:   July 23, 2007

2                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3              By:___/s/ Jay Cohen_____
                    Jay Cohen (*pro hac vice*)
4                   Brad S. Karp (*pro hac vice*)
                    Daniel J. Toal (*pro hac vice*)
5                   Liza M. Velazquez (*pro hac vice*)

6                   1285 Avenue of the Americas
                    New York, New York 10019-6064
7                   Telephone: 212 373-3000
                    Facsimile: 212-757-3990
8
                    Malcolm A. Heinicke (State Bar No. 194174)
9                   MUNGER, TOLLES & OLSON LLP
                    560 Mission Street, 27th Floor
10                  San Francisco, California 94105
                    Telephone: 415-512-4000
11                  Facsimile: 415-512-4077

12                  *Attorneys for Defendant*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6

Dated:__ 7/24/07 _____

7

The Honorable Phyllis J. Hamilton

8

IT IS SO ORDERED

9

10

11

Judge Phyllis J. Hamilton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -