1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5
   *Attorneys for Plaintiffs and the Proposed Class*
6    [Additional Counsel listed on Signature Page]

7  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
8  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
10 1285 Avenue of the Americas
   New York, NY  10019-6064
11 Telephone:  (212) 373-3000
   Facsimile:  (212) 757-3990
12
   *Attorneys for Defendant Citigroup Global*
13 *Markets Inc. d/b/a Smith Barney*
     [Additional Counsel listed on Signature Page]
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18 RENEE FASSBENDER AMOCHAEV,        Case No.  C- 05-1298 PJH
   DEBORAH ORLANDO, KATHRYN N.
19 VARNER and IVY SO, on behalf of   **CLASS ACTION**
   themselves and all others similarly situated,
20                                   **STIPULATION AND [~~PROPOSED~~] ORDER**
                                     **MODIFYING CLASS CERTIFICATION**
21               Plaintiffs,         **SCHEDULE**

22          v.

23 CITIGROUP GLOBAL MARKETS, INC.,
   d/b/a SMITH BARNEY,
24
                 Defendant.
25

26

27

28

1            WHEREAS, Plaintiffs' Motion for Class Certification is due to be filed on July 30,

2   2007;

3            WHEREAS, the parties advised the Court by Joint Stipulation dated July 23, 2007

4   that the parties had resumed mediation and made substantial progress in their attempts to resolve

5   this matter;

6            WHEREAS, the parties have been mediating under the supervision of Hunter R.

7   Hughes, Esq., of Rogers & Hardin LLP, Atlanta, Georgia, who is available to speak with the

8   Court about the progress of the mediation at the Court's convenience at his office number, (404)

9   420-4622 should the Court be interested in speaking with him;

10           WHEREAS, the parties and their counsel have reached substantive agreements on

11   the monetary terms of the settlement and agree that a brief extension of the class certification

12   schedule is warranted so that the parties may complete discussions on the programmatic relief to

13   resolve this matter.

14           WHEREAS, the parties and their counsel agree that the proposed modification

15   will not unduly delay processing this action.

16           IT IS HEREBY STIPULATED, by and between the parties through their

17   respective counsel of record, that the parties propose the following revised schedule for class

18   certification, which extends by 45 days the respective time periods related to Plaintiffs' Motion

19   for Class Certification (except for those dates that would fall on a weekend or Court holiday,

20   which are hereby extended to first available Court date thereafter):

21

| Plaintiffs' Motion for Class Certification | September 13, 2007 |
|---|---|
| Defendant's Opposition to Class Certification | November 26, 2007 |
| Plaintiffs' Reply | January 14, 2008 |
| Class Certification Hearing | February 6, 2008 |

26           All other dates are adjourned until further Court Order.

27           SO STIPULATED.

28

1

2

3   Dated:  July 30, 2007                    Respectfully submitted,

4                                            LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP
5

6
                                             By:  _____ */s/ Kelly M. Dermody*_____
7                                                         Kelly M. Dermody

8                                            Kelly M. Dermody (State Bar No. 171716)
                                             Heather H. Wong (State Bar No. 238546)
9                                            LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP
10                                           Embarcadero Center West
                                             275 Battery Street, 30th Floor
11                                           San Francisco, CA  94111-3339
                                             Telephone:  (415) 956-1000
12                                           Facsimile:  (415) 956-1008

13                                           Elizabeth A. Alexander *(Pro Hac Vice)*
                                             LIEFF, CABRASER, HEIMANN &
14                                           BERNSTEIN, LLP
                                             150 Fourth Avenue, N., Ste. 1650
15                                           Nashville, TN  37219-2423
                                             Telephone:  (615) 313-9000
16                                           Facsimile:  (615) 313-9965

17                                           Adam T. Klein (*Pro Hac Vice*)
                                             Justin M. Swartz (*Pro Hac Vice*)
18                                           Piper Hoffman (*Pro Hac Vice*)
                                             OUTTEN & GOLDEN LLP
19                                           3 Park Avenue, 29th Floor
                                             New York, New York 10016
20                                           Telephone: (212) 245-1000
                                             Facsimile: (212) 977-4005
21
                                             Cyrus Mehri (*Pro Hac Vice*)
22                                           Lisa M. Bornstein (*Pro Hac Vice*)
                                             Sandi Farrell (*Pro Hac Vice*)
23                                           Anna M. Pohl  (*Pro Hac Vice*)
                                             MEHRI & SKALET, PLLC
24                                           1250 Connecticut Ave, NW, Suite 300
                                             Washington, DC 20036
25                                           Telephone: (202) 822-5100
                                             Facsimile: (202) 822-4997
26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                                          CASE NO. C- 05-1298 PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

*Attorneys for Plaintiffs and the Proposed Class*

DATED: July 30, 2007

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By: _____ */s/  Jay Cohen*_____
             Jay Cohen

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets
Inc. d/b/a Smith Barney*

1

**ORDER**

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6

Dated: _____July 30_____, 2007

7

The Honorable Phyllis J. Hamilton
United States District Judge

8

IT IS SO ORDERED

9

10

Judge Phyllis J. Hamilton

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28