1  Kelly M. Dermody (State Bar No. 171716)
   Heather H. Wong (State Bar No. 238546)
2  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5
   *Attorneys for Plaintiffs and the Proposed Class*
6  [Additional Counsel listed on Signature Page]

7  Jay Cohen (*pro hac vice*)
   Brad S. Karp (*pro hac vice*)
8  Daniel J. Toal (*pro hac vice*)
   Liza M. Velazquez (*pro hac vice*)
9  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
10 1285 Avenue of the Americas
   New York, NY 10019-6064
11 Telephone: (212) 373-3000
   Facsimile: (212) 757-3990
12
   *Attorneys for Defendant Citigroup Global
13 Markets Inc. d/b/a Smith Barney*
   [Additional Counsel listed on Signature Page]
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C-05-1298 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE PRELIMINARY SETTLEMENT APPROVAL PAPERS** |

1         WHEREAS, the deadline for filing Preliminary Settlement Approval papers is October 31, 2007;

        WHEREAS, the parties continue to make substantial progress but the process to resolve this matter has taken longer than anticipated to complete due to the highly complicated nature of the contemplated programmatic relief;

        WHEREAS, the parties are still considering independent consultants in accordance with the terms agreed to in the programmatic relief;

        WHEREAS, the parties have been mediating under the supervision of Hunter R. Hughes, Esq., of Rogers & Hardin LLP, Atlanta, Georgia, who is available to speak with the Court about the progress of the mediation at the Court's convenience at his office number, (404) 420-4622 should the Court be interested in speaking with him; and

        WHEREAS, the parties agree that the proposed modification is appropriate and will not unduly delay processing this action;

        IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties propose that the Court extend the deadline for filing Preliminary Settlement Approval papers until December 14, 2007.

        SO STIPULATED.

Dated: October 30, 2007         Respectfully submitted,

        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

        By:    */s/ Kelly M. Dermody*
                Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | Elizabeth A. Alexander *(Pro Hac Vice)* |
| | LIEFF, CABRASER, HEIMANN & |
| 2 | BERNSTEIN, LLP |
| | 150 Fourth Avenue, N., Ste. 1650 |
| 3 | Nashville, TN 37219-2423 |
| | Telephone: (615) 313-9000 |
| 4 | Facsimile: (615) 313-9965 |
| 5 | Adam T. Klein *(Pro Hac Vice)* |
| | Justin M. Swartz *(Pro Hac Vice)* |
| 6 | Piper Hoffman *(Pro Hac Vice)* |
| | OUTTEN & GOLDEN LLP |
| 7 | 3 Park Avenue, 29th Floor |
| | New York, New York 10016 |
| 8 | Telephone: (212) 245-1000 |
| | Facsimile: (212) 977-4005 |
| 9 | |
| | Cyrus Mehri *(Pro Hac Vice)* |
| 10 | Lisa M. Bornstein *(Pro Hac Vice)* |
| | Sandi Farrell *(Pro Hac Vice)* |
| 11 | Anna M. Pohl *(Pro Hac Vice)* |
| | MEHRI & SKALET, PLLC |
| 12 | 1250 Connecticut Ave, NW, Suite 300 |
| | Washington, DC 20036 |
| 13 | Telephone: (202) 822-5100 |
| | Facsimile: (202) 822-4997 |
| 14 | |
| | James M. Finberg (State Bar No. 114850) |
| 15 | ALTSHULER BERZON |
| | 177 Post Street, Ste. 300 |
| 16 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 17 | Facsimile: (415) 362-8064 |
| 18 | *Attorneys for Plaintiffs and the Proposed Class* |
| 19 | DATED: October 30, 2007 — PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 20 | |
| 21 | By: _____/s/ Jay Cohen_____ |
| | Jay Cohen |
| 22 | |
| 23 | Jay Cohen (*pro hac vice*) |
| | Brad S. Karp (*pro hac vice*) |
| 24 | Daniel J. Toal (*pro hac vice*) |
| | Liza M. Velazquez (*pro hac vice*) |
| 25 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 26 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| 27 | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __November 1__, 2007

_____
The Honorable Phyllis J. Hamilton
United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton