Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs and the Proposed Class*
  [Additional Counsel listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

*Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney*
  [Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No.  C- 05-1298 PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE PRELIMINARY SETTLEMENT APPROVAL PAPERS** AND SETTING CASE MANAGEMENT CONFERENCE |

1    WHEREAS, the deadline for filing Preliminary Settlement Approval papers is
2 December 14, 2007;
3    WHEREAS, the parties continue to make substantial progress but the process to
4 resolve this matter has taken longer than anticipated to complete due to the highly complicated
5 nature of the contemplated programmatic relief;
6    WHEREAS, the parties are still considering independent consultants in accordance
7 with the terms agreed to in the programmatic relief;
8    WHEREAS, the parties have been mediating under the supervision of Hunter R.
9 Hughes, Esq., of Rogers & Hardin LLP, Atlanta, Georgia, who is available to speak with the
10 Court about the progress of the mediation at the Court's convenience at his office number, (404)
11 420-4622 should the Court be interested in speaking with him; and
12    WHEREAS, the parties agree that the proposed modification is appropriate and
13 will not unduly delay processing this action;
14    IT IS HEREBY STIPULATED, by and between the parties through their
15 respective counsel of record, that the parties propose that the Court extend the deadline for filing
16 Preliminary Settlement Approval papers until January 18, 2008, and that the Court set as January
17 ~~23~~ 24, 2008, ~~or the next available date on the Court's calendar~~, for a Case Management Conference.
18
19    SO STIPULATED.
20
21
22
23
24
25
26
27
28

741952.1    - 2 -    STIPULATION AND [PROPOSED] ORDER
CASE NO. C- 05-1298 PJH

| | | |
|---|---|---|
| 1 | Dated:  December 14, 2007 | Respectfully submitted, |

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: ___*/s/ Kelly M. Dermody*___
      Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(Pro Hac Vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Ste. 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein (*Pro Hac Vice*)
Justin M. Swartz (*Pro Hac Vice*)
Piper Hoffman (*Pro Hac Vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri (*Pro Hac Vice*)
Lisa M. Bornstein (*Pro Hac Vice*)
Sandi Farrell (*Pro Hac Vice*)
Anna M. Pohl  (*Pro Hac Vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

|   |   |
|---|---|
|   | *Attorneys for Plaintiffs and the Proposed Class* |
| DATED: December 14, 2007 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|   | By: _____/s/ Jay Cohen_____<br>          Jay Cohen |
|   | Jay Cohen (*pro hac vice*)<br>Brad S. Karp (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>Liza M. Velazquez (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990 |
|   | Malcolm A. Heinicke (State Bar No. 194174)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077 |
|   | *Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __December 17_____, 2007

_____
The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)