1

2

3                     UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5

6

7 RENE AMOCHAEV, et al.,

8          Plaintiffs,                No. C 05-1298 PJH

9      v.                             **ORDER VACATING CASE MANAGEMENT CONFERENCE**

10 CITIGROUP GLOBAL MARKETS INC.,    **AND SETTING PRELIMINARY**

11          Defendant.               **APPROVAL DEADLINE**

12 _____/

13       Before the court is the parties' joint case management statement.  In it, the parties

14 request that the currently scheduled case management conference set for January 24,

15 2008, be continued pending submission of the parties' motion for preliminary approval of

16 settlement.

17       The court hereby grants the parties' request, and the January 24 case management

18 conference is hereby VACATED.  This will, however, be the last continuance granted.  The

19 parties are further ordered to file a <u>joint</u> motion for preliminary approval of settlement no

20 later than March 12, 2008.  The hearing on the motion for preliminary approval shall take

21 place on April 2, 2008, at 9:00 a.m.  In the event the parties are unable to file a motion for

22 preliminary approval by March 12, 2008, the parties are nonetheless instructed to appear

23 for a case management conference on April 2 at 9:00 a.m., in lieu of the hearing on the

24 motion for preliminary approval.

25 **IT IS SO ORDERED.**

26 Dated: January 22, 2008

27                                     _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge

28

**United States District Court**
For the Northern District of California