1  Jay Cohen (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON &
2  GARRISON LLP
   1285 Avenue of the Americas
3  New York, NY 10019-6064
   Telephone: (212) 373-3000
4  Facsimile: (212) 757-3990

5  *Attorneys for Defendant Citigroup Global
   Markets Inc. d/b/a/ Smith Barney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C- 05-1298 PJH<br><br>**CLASS ACTION**<br><br>[**PROPOSED**] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

IT IS HEREBY ORDERED THAT:

GOOD CAUSE APPEARING and pursuant to Civil Local Rules 7-11 and 79-5(c) & (d) of the United States District Court for the Northern District of California, the parties' application to file the following documents under seal is GRANTED:

1. ~~Appendix 1 to the Settlement Agreement.~~

2. Appendix 2 to the Settlement Agreement.

IT IS SO ORDERED.

Dated: 4/30/08

By: _____
Honorab[le]
UNITED [STATES DISTRICT] Judge Phyllis J. Hamilton

*IT IS SO ORDERED* (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

[PROPOSED] ORDER
CASE NO. C- 05-1298 PJH