Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs and the Proposed Class*
  [Additional Counsel listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

*Attorneys for Defendant Citigroup Global
Markets Inc. d/b/a Smith Barney*

  [Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C-05-1298 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR CLASS MEMBERS TO OPT OUT OR OBJECT TO PROPOSED SETTLEMENT** |

WHEREAS, the deadline for opting out or objecting under the original notice sent to class members pursuant to the Preliminary Approval Order in the above-captioned matter is July 7, 2008; and

1     WHEREAS, in response to a request made on behalf of certain class members for
2 additional time to evaluate the settlement, the parties have agreed that the July 7, 2008 deadline to
3 opt out or file objections to the settlement can be extended by seven (7) days.

4     The parties, through their respective counsel of record, hereby stipulate and agree
5 as follows:

6     1.    All class members, except for those to whom notice was sent in the form of
7 Exhibit A to in the Court's June 30, 2008 Order, shall have until July 14, 2008 to submit an
8 objection or a request for exclusion.

9     2.    Those class members who received notice pursuant to the Court's June 30,
10 2008 Order shall continue to have 40 days from the date of mailing of that notice to submit an
11 objection or a request for exclusion.

12     3.    There need not be re-mailing of notice to the class, and all other deadlines
13 set forth in the Court's Preliminary Approval Order shall remain the same for all class members.

14
15 July __, 2008                    Respectfully submitted,

16                                   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

17
18                                   By:    */s/ Kelly M. Dermody*
                                              Kelly M. Dermody

19 Kelly M. Dermody (State Bar No. 171716)
20 Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
21 Embarcadero Center West
275 Battery Street, 30th Floor
22 San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
23 Facsimile:  (415) 956-1008

24 Elizabeth A. Alexander *(Pro Hac Vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
25 150 Fourth Avenue, N., Ste. 1650
Nashville, TN  37219-2423
26 Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

27
28

721695.1                              - 2 -                        STIPULATION AND [PROPOSED] ORDER
                                                      CASE NO. C- 05-1298 PJH

Adam T. Klein *(Pro Hac Vice)*
Justin M. Swartz *(Pro Hac Vice)*
Piper Hoffman *(Pro Hac Vice)*
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri *(Pro Hac Vice)*
Anna M. Pohl *(Pro Hac Vice)*
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

*Attorneys for Plaintiffs and the Proposed Class*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


By: _____ */s/ Jay Cohen* _____
                    Jay Cohen

Jay Cohen *(Pro Hac Vice)*
Brad S. Karp *(Pro Hac Vice)*
Daniel J. Toal *(Pro Hac Vice)*
Liza M. Velazquez *(Pro Hac Vice)*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets Inc. d/b/a Smith Barney*

1
2 **ORDER**
3
4      The Court, having considered the above stipulation, and good cause appearing
5 therefore. IT IS SO ORDERED.
6
7
8  Dated:  7/15/08
9                                                          The Hon. Phyllis J. Hamilton



10
11
12
...
28

721695.1                           - 4 -                    STIPULATION AND [PROPOSED] ORDER
                                                            CASE NO. C- 05-1298 PJH