Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs and the Proposed Class*
  [Additional Counsel listed on Signature Page]

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

*Attorneys for Defendant Citigroup Global
Markets Inc. d/b/a Smith Barney*

  [Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. C-05-1298 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPANSION OF PAGE LIMITATIONS FOR FINAL SETTLEMENT APPROVAL PLEADINGS**<br>AS MODIFIED<br>Date: August 13, 2008<br>Time: 9:00 a.m.<br>Courtroom: 13<br>Honorable Phyllis J. Hamilton |

**STIPULATION**

WHEREAS, on July 24, 2008, the Parties shall move for a Final Order approving the settlement reached in this matter, which shall be heard on August 13, 2008.

WHEREAS, Plaintiffs seek to file a Memorandum of Points of Authority in Support of the Parties' Motion for Final Settlement Approval which fully addresses the standards for Settlement approval.

WHEREAS, Defendant may file a Memorandum of Points of Authority in conjunction with Plaintiffs' Memorandum.

WHEREAS, it is in the interests of both the Parties and the Court to ensure that all issues relevant to the Settlement are fully briefed and presented to the Court.

NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AS FOLLOWS:

Plaintiffs shall be permitted to exceed the 25-page limit by not more than 5 ~~10~~ additional pages in their Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Final Settlement Approval; and

Defendant shall be permitted to exceed the 25-page limit by not more than 5 ~~10~~ additional pages in its Memorandum of Points and Authorities in conjunction with Plaintiffs' Memorandum in support of the Plaintiffs' Motion for Final Settlement Approval.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

Date: July 18, 2008         By:      */s/ Kelly M. Dermody*
                                          Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Elizabeth A. Alexander *(Pro Hac Vice)*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, N., Ste. 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

Adam T. Klein (*Pro Hac Vice*)
Justin M. Swartz (*Pro Hac Vice*)
Piper Hoffman (*Pro Hac Vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri (*Pro Hac Vice*)
Anna M. Pohl (*Pro Hac Vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

James M. Finberg (State Bar No. 114850)
ALTSHULER BERZON
177 Post Street, Ste. 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

*Attorneys for Plaintiffs and the Proposed Class*

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON |
| 2 | & GARRISON LLP |
| 3 | By: _____*/s/ Jay Cohen*_____ |
| | Jay Cohen |

Jay Cohen (*pro hac vice*)
Brad S. Karp (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Liza M. Velazquez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 757-3990

Malcolm A. Heinicke (State Bar No. 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

*Attorneys for Defendant Citigroup Global Markets Inc.*
 *d/b/a Smith Barney*

762699.1  - 3 -  CASE NO. C-05-1298 PJH

STIPULATION AND [PROPOSED] ORDER RE: EXPANSION OF PAGE LIMITS FOR MPA RE: FINAL SETTLEMENT APPROVAL

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED THAT:

2  Plaintiffs shall be permitted to exceed the 25-page limit by not more than
~~10~~ 5 additional pages in their Memorandum of Points and Authorities in Support of the Plaintiffs'
Motion for Final Settlement Approval; and

Defendant shall be permitted to exceed the 25-page limit by not more than
~~10~~ 5 additional pages in its Memorandum of Points and Authorities in response to Plaintiffs'
Memorandum in support of the Plaintiffs' Motion for Final Settlement Approval.

Dated: 7/22/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

762699.1                               - 4 -                            CASE NO. C-05-1298 PJH
STIPULATION AND [PROPOSED] ORDER RE: EXPANSION OF PAGE LIMITS FOR MPA RE: FINAL SETTLEMENT APPROVAL